August 28, 1969

Commonwealth ex rel. Klaus, Appellant, *v.*
Klaus.

Argued June 9, 1969. *Jerome M. Dubyn,* with him *M. Mark Mendel,* and *Mendel & Dubyn,* for appellant; *W. Horace Hepburn,* with him *Duryea, Larzelere & Wilson,* for appellee.

Order affirmed.

Commonwealth ex rel. Luongo *v.* Luongo,
Appellant.

Argued June 10, 1969. *F. Kirk Adams,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth *v.* Christy, Appellant.

Argued June 12, 1969. *Marvin L. Portney,* for appellant; *Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.